No. 17,597.

Preston E. Davis *v.* The People of the
State of Colorado.
(283 P. [2d] 951)

Decided May 9, 1955.

Messrs. Southard & Southard, for plaintiff in error.

Mr. Duke W. Dunbar, Attorney General, Mr. Frank A. Wachob, Deputy Attorney General, Mr. Norman H. Comstock, Assistant Attorney General, for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.